

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-14-00019-CR

_____

JONATHAN ALI CHTAY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 196th District Court
Hunt County, Texas
Trial Court No. 22,940

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

In 2005, Johnathan Ali Chtay pled guilty to the offense of theft of property valued at $20,000.00 or more but less than $100,000.00. Pursuant to a negotiated plea agreement, Chtay was placed on deferred adjudication community supervision for a period of ten years. On December 4, 2013, the trial court (1) found that Chtay violated the first condition of his community supervision, (2) adjudicated Chtay guilty of theft of property valued at $20,000.00 or more but less than $100,000.00, and (3) sentenced Chtay to seven years' imprisonment.

On appeal, Chtay argues that the evidence was insufficient to support the trial court's decision to adjudicate his guilt. On the same ground, in companion case number 06-14-00018-CR, Chtay appealed the trial court's decision to adjudicate him guilty of misapplication of construction trust fund money in an amount of $500.00 or more, with intent to defraud. We addressed the sole issue raised in this appeal in detail in our opinion of this date in cause number 06-14-00018-CR. For the reasons stated therein, we likewise conclude that error has not been shown in this case.

We affirm the trial court's judgment.

Josh R. Morriss, III
Chief Justice

Date Submitted:     July 30, 2014
Date Decided:       July 31, 2014

Do Not Publish